**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES E. DEWHART,** | : | |
| **AIS# 134373,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION NO. 11-00200-CG-B** |
| | : | |
| **BP MAJORITY,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is **ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc. 10) is **DENIED** and that this action be and is hereby **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**DONE** and **ORDERED** this 3rd day of November, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE